IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JASON A. GAZA, | ) |
| Plaintiff, | ) Court No. 11-cv-2484 |
| v. | ) |
| ALLIED INTERNATIONAL CREDIT CORP. (US), | ) |
| Defendant. | ) |

**NOTICE OF PENDING SETTLEMENT AS TO PLAINTIFF'S CLAIMS
AGAINST ALLIED INTERNATIONAL CREDIT CORP. (US)**

Defendant, Allied International Credit Corp. (US) ("AIC") by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that it and plaintiff have reached a verbal settlement with regard to plaintiff's claims against AIC. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Tele: (813) 890-2463; Fax: (866) 466-3140
kgrace@sessions-law.biz
*Counsel for Defendant
Allied International Credit Corp. (US)*

2

CERTIFICATE OF SERVICE

  I hereby certify that on the 16th day of December 2011 a copy of the foregoing was served electronically via CM/ECF and via U.S. Regular Mail postage prepaid to:

Jason Gaza
11628 Pilot Country Drive
Spring Hill, FL 34610
*(Pro Se Plaintiff)*

                /s/ Kenneth C. Grace
                Attorney for Defendant

633469