UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON A. GAZA,

      **Plaintiff,**

vs.                                                     Case No. 8:11-cv-2484-T-27AEP

ALLIED INTERNATIONAL CREDIT
CORP. (US),

      **Defendant.**

_____/

## ORDER

The Court has been advised that this action has been settled (Dkt. 11). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, ***upon good cause shown***. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

      **DONE AND ORDERED** in chambers this 19th day of December, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record